

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00356-CV

**IN RE JOURDANTON HOSPITAL CORPORATION**
d/b/a South Texas Regional Medical Center

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Rebeca C. Martinez, Justice

On August 7, 2014, the real party in interest filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on September 19th, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-02-0080-CVA, styled *Stephanie Riley v. Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.